UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
CARMEN GOMEZ, individually and on
behalf of all other persons similarly situated,

No. 18-CV-1537-LTS-SN

              Plaintiff,

      -against-                        ORDER OF DISMISSAL

RETAIL GROCERS GROUP, INC.,

              Defendant.
------------------------------------------------------x

        The attorneys for the parties have advised the Court that this action has been or will be settled.  Accordingly, it is hereby ORDERED that this action is dismissed with prejudice as to the named plaintiff and without costs to either party, but without prejudice to restoration of the action to the calendar of the undersigned if settlement is not achieved within sixty (60) days of the date of this Order.  If a party wishes to reopen this matter or extend the time within which it may be settled, the party must make a letter application before this sixty (60)-day period expires.

        The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they shall submit the settlement agreement to the Court to be so ordered.

        SO ORDERED.

Dated: New York, New York
      March 4, 2019

                                     __/s/ Laura Taylor Swain____
                                     LAURA TAYLOR SWAIN
                                     United States District Judge